UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X

ANGEL SEGARRA and GLORIA SEGARRA,

                                                      Case No. 07-civ-6098 (PKC)

    -v-

ALLEN M. ROSENTHAL,

    Defendant.
-------------------------------X

## DEFENDANT'S INTIAL DISCLOSURES

Defendant Allen M. Rosenthal, *pro se*, as and for it's "Initial Disclosures" pursuant to FRCP Rule 26(a), responds as follows:

    1) a) The plaintiffs.

      b) Allen M. Rosenthal and Ira R. Sitzer, c/o Law Office of Allen M. Rosenthal, 550 W. Old Country Road - Suite 201, Hicksville, NY 11801.

    2) a) Legal File, Artha Management -v- Angelo Segarra, in defendant's possession.

      b) Any records in plaintiff's possession.

    3) Not applicable.

    4) Not applicable.

Dated: Hicksville, NY
      September 10, 2007

                                                  /s/_____
                                                  Allen M. Rosenthal
                                                  (ar1325)
                                                  550 W. Old Country Road - Suite 201
                                                  Hicksville, NY  11801
                                                  (516) 938-0900