UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
ANGEL SEGARRA and GLORIA SEGARRA,

      Plaintiff,

    -v-

ALLEN M. ROSENTHAL,

      Defendant.
------------------------------X

Case No. 07-civ-6098 (PKC)

## OFFER OF JUDGMENT PURSUANT TO FRCP RULE 68

Please take notice that pursuant to FRCP Rule 68, the defendant Allen M. Rosenthal offers to allow entry of a judgment against him in the sum of $1,700.00, inclusive of all attorney's fees.

Dated: Hicksville, NY
       September 10, 2007

/s/_____
Allen M. Rosenthal
(ar1385)
Defendant *Pro Se*
550 W. Old Country Road - Suite 201
Hicksville, NY  11801
(516) 938-0900