```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Angel and Gloria Segarra                              :
                                                      :
                        Plaintiff,                    :
                                                      :
        -against-                                     :
                                                      :
                                                      :
Allen M. Rosenthal                                    :
                                                      :
                        Defendant.                    :
------------------------------------------------------------X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/07

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 6098 (PKC)(AJP)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____
_____

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

_X_ Settlement* The parties advise they would be Ready for a settlement conference _____
_____

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____
_____

All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

_____
P. Kevin Castel
United States District Judge

DATED:  New York, New York
        September 26, 2007