UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

ANGEL SEGARRA & GLORIA SEGARRA,           :

        Plaintiffs,           :           07 civ. 6098 (PKC)  (AJP)

    -against-           :           **ORDER OF DISMISSAL ON CONSENT**

ALLEN M. ROSENTHAL,           :

        Defendant.           :

------------------------------------ x

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 10/15/07*

**ANDREW J. PECK, United States Magistrate Judge:**

The parties having informed the Court that they have reached a settlement agreement in principle and are finalizing settlement documents (see attached letter), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs. Any pending motions are to be terminated as moot.

    SO ORDERED.

DATED:    New York, New York
           October 15, 2007

                                                  Andrew J. Peck
                                                  United States Magistrate Judge

Copies **by fax & ECF** to:    Kevin C. Mallon, Esq.
                                    Ira R. Sitzer, Esq.
                                    Allen M. Rosenthal, Esq.
                                    Judge P. Kevin Castel

C:\ORD\Dismiss.AJP

# FISHMAN & NEIL, LLP
### ATTORNEYS AT LAW

305 BROADWAY
SUITE 900
NEW YORK, NY 10007-1187

(212) 897-5840
Telecopier: (212) 897-5841
Web pages:
www.tenantslaw.net
www.consumeratty.net
www.MyFairCredit.com

James B. Fishman

October 12, 2007

Laurence H. Pearson
William Leavitt
*Kevin Mallon
Of Counsel
*Also admitted in CA

Hon. Andrew J. Peck
United States Magistrate Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

BY FAX ONLY

Re:   Segarra v. Rosenthal
      07 CV 6098 (CK)

RECEIVED OCT 12 2007 CHAMBERS OF ANDREW J. PECK

Dear Judge Peck:

This letter will advise you that the parties in the above-referenced action have reached a settlement. Accordingly, the parties hereby jointly request that the settlement conference currently scheduleld for October 16, 2007 at 10:30 a.m. be adjourned.

Respectfully submitted,

Kevin Mallon
Counsel for the Plaintiffs

cc:   Ira Sitzer
      Counsel for Defendant Allen Rosenthal